The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CROSSFIT INC., <br><br> Plaintiff, <br><br> vs. <br><br> TAL MOORE, <br><br> Defendant. | No. 11-1061 JLR <br><br> CROSSFIT INC.'S CORPORATE DISCLOSURE STATEMENT |

In accordance with Federal Rule of Civil Procedure 7.1, plaintiff discloses as follows: CrossFit Inc. has no corporate parent. No publicly held corporation holds more than 10% of its stock.

DATED this 30th day of June, 2011.

GRAHAM & DUNN PC


By /s/ Michael G. Atkins
   Michael G. Atkins
   WSBA# 26026
   Email: matkins@grahamdunn.com
   Attorneys for CrossFit Inc.

CROSSFIT INC.'S CORPORATE
DISCLOSURE STATEMENT -- 1

No. 11-1061 JLR

m43638-1600963.doc

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599